Clerk's Office
Filed Date: 5/11/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

RCH
F.# 2019R00206

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

HEATHER BUSCH,
ROBERT HASSETT and
ROBERT SMITH,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 21-254 (RPK)

Upon the application of MARK J. LESKO, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Ryan C. Harris, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
               5/11           , 2021

                                      s/Cheryl L. Pollak
                                    HONORABLE CHERYL L. POLLAK
                                    UNITED STATES MAGISTRATE JUDGE
                                    EASTERN DISTRICT OF NEW YORK