

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

RCH
F. #2019R00206

*271 Cadman Plaza East
Brooklyn, New York 11201*

May 11, 2021

<u>By E-mail</u>

The HONORABLE CHERYL L. POLLAK
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Heather Busch, et al.
     <u>Criminal Docket No. 21-254 (RPK)</u>

Dear Judge Pollak:

  The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

         Respectfully submitted,

         MARK J. LESKO
         Acting United States Attorney

     By:   /s/
         Ryan C. Harris
         Assistant U.S. Attorney
         (718) 254-6489

Enclosure

cc: Clerk of Court (by ECF)