

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RCH/NJM
F. #2019R00206

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 11, 2021

By ECF

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Heather Busch, et al.
           Criminal Docket No. 21-254 (RPK)

Dear Judge Kovner:

      The defendants in the above-referenced case are scheduled to appear before U.S. Magistrate Judge Cheryl L. Pollak later today to be arraigned on the indictment. The government has conferred with the Courtroom Deputy and understands that the Court is available on May 19, 2021 at 12:00 p.m. for a first status conference. Accordingly, the government respectfully requests that the Court schedule a status conference in this matter for that date and time.

      Respectfully submitted,

      MARK J. LESKO
      Acting United States Attorney

By:   /s/ Ryan C. Harris
      Ryan C. Harris
      Nicholas J. Moscow
      Assistant U.S. Attorneys
      (718) 254-7000

cc: Clerk of Court (by ECF)
    Counsel of Record (by ECF)