# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Cheryl L. Pollak__     DATE: __5/14/21__

DOCKET NUMBER: __21CR254(RPK)__     WebEx LOG #: __10:30-11:15; 2:00-2:30__

DEFENDANT'S NAME: __Robert Smith__
    __X__ Present     ___ Not Present     __X__ Custody     ___ Bail

DEFENSE COUNSEL: __Susan Kellman__
    ___ Federal Defender     __X__ CJA     ___ Retained

A.U.S.A: __Ryan Harris__     CLERK: __Lewis Hugh__

INTERPRETER: _____ (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

__X__ DETENTION HEARING Held. ___ Defendant's first appearance.

- __X__ Bond set at __$1,500,000__. Defendant ___ released __X__ held pending satisfaction of bond conditions.
- __X__ Defendant advised of bond conditions set by the Court and gave consent to the court to sign the bond on his behalf.
- __3__ Surety(ies) sworn, advised of bond obligations by the Court and gave consent to the court to sign the bond on their behalf.
- ___ (Additional) surety/ies to co-sign bond by _____
- ___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__X__ Oral Order of Excludable Delay/Speedy Trial entered. Start __5/14/21__ Stop __5/19/21__

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: __All parties appeared via video/teleconference. Dft appeared via video. Pretrial Officer Bianca Carter appeared via teleconference. Dfse counsel presented a bail application with 3 sureties & 3 properties to be posted; govt opposed based on danger to the community; court granted the application and set bond @ $1,500,000. 2nd call: 3 sureties appeared via video, sworn and advised of the bond obligations. Dft will not be released until confession of judgments have been filed on all 3 properties. Order of detention entered.__