**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RCH                          *271 Cadman Plaza East*
F. #2019R00206          *Brooklyn, New York 11201*

May 18, 2021

<u>By ECF</u>

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

         Re:     United States v. Heather Busch
                     <u>Criminal Docket No. 21-254 (RPK)</u>

Dear Judge Kovner:

        The government respectfully submits, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, a stipulated protective order that limits the disclosure of certain sensitive material in the above-referenced case. Due to the nature of the conduct at issue in this matter, unrestricted disclosure of certain information could create a safety risk for potential witnesses. Accordingly, the government and counsel for the defendant have jointly agreed to a stipulated protective order, which is attached hereto.

        For the foregoing reasons, the government respectfully requests that the Court so-order the attached stipulated protective order.

                                                          Respectfully submitted,

                                                          MARK J. LESKO
                                                          Acting United States Attorney

                    By:    <u>/s/              </u>
                                                          Ryan C. Harris
                                                          Nicholas J. Moscow
                                                          Assistant U.S. Attorneys
                                                          (718) 254-7000

cc:     Peter Crusco, Esq. (by ECF)
         Clerk of the Court (RPK) (by ECF)