Andrew J. Frisch
Partner

212-344-5400
afrisch@schlamstone.com

SCHLAM STONE & DOLAN LLP

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

June 7, 2021

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Robert Smith*, 21-CR-254 (RPK)

Dear Judge Kovner:

I have today filed a Notice of Appearance as counsel to Robert Smith in the above-referenced case replacing previous counsel, subject to the Court's approval.  A Substitution of Counsel signed by current counsel accompanies my Notice.

Should the Court wish the parties to appear before July 16, 2021, the date of the next scheduled conference, to hear Mr. Smith's application that I be permitted to appear as his counsel, I would appreciate if the Court *not* schedule any such appearance for June 8-14, June 17, June 24, or July 8-15, 2021.

I appreciate the Court's consideration.

Respectfully submitted,

*/s/ Andrew J. Frisch*
Andrew J. Frisch


cc:  AUSA Ryan C. Harris
     AUSA Nicholas Moscow