

U.S. Department of Justice

United States Attorney
Eastern District of New York

FR:BGK  
F. #2019R00206

271 Cadman Plaza East  
Brooklyn, New York 11201

January 4, 2022

By ECF  
The Honorable Rachel P. Kovner  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re: United States v. Robert Smith  
           Criminal Docket No. 21-254 (RPK)

Dear Judge Kovner:

      Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-captioned case, the terms of which the defendant, Robert Smith, has agreed to in connection with his guilty plea accepted by Your Honor on October 6, 2021. The government respectfully requests that the Court "so order" and enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

                                  Respectfully submitted,

                                  BREON PEACE  
                                  United States Attorney

                    By:   /s/ Brendan G. King  
                                  Brendan G. King  
                                  Assistant U.S. Attorney  
                                  (718) 254- 6512

Encl.: Order of Forfeiture  
cc:    Counsel of Record (by ECF)